THOMAS GODFREY
JENNIFER S. CLARK
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov
         Jennifer.Clark2@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

NOV 20 2025

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 25-51-M-WWM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1) Title 21 U.S.C. § 846 |
| DEVIN JAY BOND, NATHANIAL JOHN SHOEN and JOSEPH DANIEL CIERLEY, | (Penalty for methamphetamine: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| Defendants. | (Penalty for fentanyl: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

|   | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 2)<br>Title 21 U.S.C. § 841(a)(1)<br><u>(Penalty for methamphetamine:</u> Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br><u>(Penalty for fentanyl</u>: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count 3)<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. §§ 853(a) and 881(a)(11)<br>Title 18 U.S.C. § 924(d)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

That on or about June 1, 2025, and continuing to on or about July 3, 2025, at Missoula and Missoula County, in the State and District of Montana, and elsewhere, the defendants, DEVIN JAY BOND, NATHANIAL JOHN SCHOEN, and JOSEPH DANIEL CIERLEY, knowingly and unlawfully conspired and agreed

2

with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," and 50 or more grams of actual methamphetamine, both Schedule II controlled substances, in violation of 21 U.S.C. § 846.

## COUNT 2

That on or about June 1, 2025, and continuing to on or about July 3, 2025, at Missoula and Missoula County, in the State and District of Montana, and elsewhere, the defendants, DEVIN JAY BOND, NATHANIAL JOHN SCHOEN, and JOSEPH DANIEL CIERLEY, knowingly and unlawfully possessed, with the intent to distribute, 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," and 50 or more grams of actual methamphetamine, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3

That on or about July 3, 2025, at Missoula, in Missoula County in the State and District of Montana, and elsewhere, defendant, DEVIN JAY BOND, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, conspiracy to possess

with intent to distribute controlled substances and possession with the intent to distribute controlled substances, as alleged in counts 1 and 2 of this indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

1.  Upon conviction of either offense set forth in counts 1 and 2 of this indictment, the defendants, DEVIN JAY BOND, NATHANIAL JOHN SCHOEN, and JOSEPH DANIEL CIERLEY, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

///

///

///

///

///

///

///

2. Upon conviction of the offense set forth in count 3 of this indictment, the defendant, DEVIN JAY BOND, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

KURT G. ALME
United States Attorney

(FOR) CYNDEE L. PETERSEN
Criminal Chief Assistant U.S. Attorney

5