**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVIN JAY BOND,<br><br>Defendant. | CR 25-51-M-WWM<br><br>ORDER SETTING SENTENCING HEARING |

Defendant Devin Jay Bond entered a plea of guilty to Counts 2 and 3 of the Indictment in open court before the undersigned on December 24, 2025. Accordingly:

**IT IS HEREBY ORDERED** that:

1.      Sentencing is set for **Wednesday, April 22, 2026, at 3:30 p.m.** in the Russell Smith Courthouse, 201 East Broadway, Suite 220, Missoula, Montana.

2.      The United States Probation Office shall conduct a presentence investigation and prepare a presentence report.  Fed. R. Crim. P. 32(c), (d); 18 U.S.C. § 3552(a).

3.      Following completion of the presentence report, the probation officer shall disclose the report (excepting any recommendations of the probation officer)

to the Defendant, counsel for the Defendant, and counsel for the government on or before **March 9, 2026**.  The probation officer shall not disclose any recommendation made or to be made to the Court.

4. If restitution is mandatory, the probation officer shall consider a payment plan for Defendant and shall make recommendations to the Court concerning interest and a payment schedule.

5. In accordance with USSG § 6A1.2, after receipt of the presentence report and no later than **March 23, 2026**, counsel for each party shall present to the probation officer, in writing, any objections to be relied upon at sentencing and, if there is a dispute over any material in the presentence report, counsel shall meet with the probation officer and attempt to resolve disputes informally by diligent good faith effort.  Any requests for extensions of time to present objections to the probation officer must be granted by the Court.  Extensions will not be granted absent compelling reasons.

6. The Defendant shall present the probation officer with a written letter of acceptance of responsibility, if any, no later than **March 23, 2026**.  Late acceptance letters will not be considered without leave of Court.  *But see* Fed. R. Crim. P. 32(i)(4)(A)(ii) (recognizing that the Defendant has the right to address the Court orally at sentencing).

2

7.    The presentence report, in final form, shall be delivered to the Court and the parties no later than **April 2, 2026**.

8.    If objections are made to the draft pre-sentence report by one or both parties that are not resolved and counsel wishes the Court to address them, an objecting party shall submit all unresolved objections and a sentencing memorandum to the Court no later than **April 9, 2026**.  The Court will resolve disputes in accordance with U.S.S.G. § 6A1.3 at the sentencing hearing.

9.    If either party intends to have witnesses testify at sentencing, the party must notify the Court and the opposing party, by filing a separate notification document, no later than **April 16, 2026**, of the identity of the witness as well as the scope, purpose, and anticipated duration of the intended testimony.  The requirement that the opposing party be notified of any intended testimony applies regardless of the language of Rule 17(b) contemplating *ex parte* application for witness subpoenas.

10.    Without leave of Court, the Defendant may file no more than ten (10) letters of support.  Defendants wishing to file more than ten (10) letters must first seek leave of Court explaining why a greater number is necessary.  Letters in support shall be filed on or before **April 16, 2026**.

11.    Any responses to sentencing memoranda shall be filed on or before **April 16, 2026**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 26th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE